# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

MARFORK COAL COMPANY,

        Plaintiff,

v.                                        CIVIL ACTION NO.  5:10-cv-00069

DAVID AARON SMITH, et al.,

        Defendants.

## ORDER

On January 27, 2010, the undersigned granted in part Plaintiff's Motion For a Temporary Restraining Order (*see* Document No. 12) and scheduled a hearing on Plaintiff's Motion For a Preliminary Injunction for February 4, 2010.  *See* Order Granting Temporary Restraining Order (Document No. 13).   On February 3, 2010, Defendants filed a Motion to Dismiss For Lack of Subject Matter Jurisdiction (Document No. 20).[1]  On February 4, 2010, the undersigned continued the hearing on Plaintiff's Motion For a Preliminary Injunction until February 23, 2010 and extended the deadline for the Temporary Restraining Order until February 24, 2010 at 3:00 p.m.  *See* Order (Document No. 29).

On February 23, 2010, the undersigned conducted a hearing on Plaintiff's Motion For a

---

[1] This motion was subsequently denied on February 22, 2010.  *See* Memorandum Opinion and Order (Document No. 37).

Preliminary Injunction.  With the consent of the Defendants and for good cause, the Court does hereby :

**ORDER** that the Temporary Restraining Order is extended until **February 26 2010, at 5:30 p.m.**

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        February 23, 2010

_____
IRENE C. BERGER, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA